No. 01–9527. BERRIOS v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 01–9530. JONES v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 01–9537. WILLIAMS v. WADE. C. A. 4th Cir. Certiorari denied.

No. 01–9538. ORTIZ v. GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–9540. JENKINS v. BELL. C. A. 4th Cir. Certiorari denied.

No. 01–9544. MILLER v. HALL, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 01–9545. MCFADDEN v. CLARENDON COUNTY SHERIFF'S DEPARTMENT ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–9546. HOOSMAN v. IOWA. Ct. App. Iowa. Certiorari denied.

No. 01–9547. SMITH v. JOHNSON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH. C. A. 3d Cir. Certiorari denied.

No. 01–9548. SIMMONS v. HAMBLY ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–9550. BRYANT v. JOHNSON, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–9553. RAMIREZ v. GERLINSKI, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–9554. AL-HAKIM v. BEALLS DEPARTMENT STORE 32 ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–9555. LUGO v. FLORIDA. C. A. 11th Cir. Certiorari denied.